IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TIFFANY BURLESON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 1:16-CV-00020-RP |
| | § | |
| STANDARD INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant | § | |

## STIPULATION OF DISMISSAL

The parties, having announced to the Court that the matters in controversy have been settled, hereby STIPULATE to the dismissal of all claims, demands, and causes of action asserted or assertable herein by Plaintiff against Defendant, with prejudice, with all attorneys' fees and costs taxed against the party incurring same.

SO STIPULATED.

Respectfully submitted,

By:   /s/ Greg Reed
      Greg Reed
      State Bar No. 16677750
      greg@brrlaw.com

BEMIS, ROACH & REED
4100 Duval Road, Bldg. I, Suite 200
Austin, Texas  78759
512-454-4000 – Tel.
512-453-6335 – Fax

ATTORNEY FOR PLAINTIFF
TIFFANY BURLESON

By: /s/ Ryan K. McComber
Ryan K. McComber
Texas Bar No. 24041428
ryan.mccomber@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Ste. 3400
Dallas, Texas  75202
(214) 939-2000 - telephone
(214) 939-2090 - fax

ATTORNEYS FOR DEFENDANT
STANDARD INSURANCE COMPANY

### CERTIFICATE OF SERVICE

I certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system and all others will be notified via email or US Mail on this 2nd day of June, 2016.

/s/ Ryan K. McComber
Ryan K. McComber