IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TIFFANY BURLESON, | § § | |
| Plaintiff, | § § | |
| v. | § § | 1:16-CV-0020-RP |
| STANDARD INSURANCE CO., | § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal with Prejudice. By way of the Stipulation, Plaintiff seeks to voluntarily dismiss all claims raised against Defendant. *See* Fed. R. Civ. P. 41(a)(1).

As Defendant stipulates to dismissal, the Stipulation is GRANTED.

Accordingly, IT IS ORDERED that all claims and causes of action asserted by Plaintiff are hereby DISMISSED WITH PREJUDICE. The Clerk's Office is directed to close this case.

Each party is to bear its own attorney's fees and costs.

**SIGNED** on June 3, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE