IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TIFFANY BURLESON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:16-CV-0020-RP |
| | § | |
| STANDARD INSURANCE CO., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Before the Court is the above-styled case. On this day, the Court entered an order granting the Parties' Stipulation of Dismissal with Prejudice, dismissing all claims. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS ORDERED that all claims and causes of action are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all relief not expressly granted is hereby DENIED.

IT IS FINALLY ORDERED that the case is hereby CLOSED.

**SIGNED** on June 3, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1